UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD A. BERGER, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br>   v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, et al.,<br><br>              Defendants | No. 04-10253-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman, William H. Paine, and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of defendants Massachusetts Financial Services Company, MFS Investment Management, and Sun Life Financial Inc.

                                        Respectfully Submitted,

                                        MASSACHUSETTS FINANCIAL SERVICES COMPANY, MFS INVESTMENT MANAGEMENT, and SUN LIFE FINANCIAL INC.,

                                        By their attorneys,


                                        /s/ Jonathan A. Shapiro
                                        Jeffrey B. Rudman (BBO #433380)
                                        William H. Paine (BBO #550506)
                                        Jonathan A. Shapiro (BBO #567838)
                                        Hale and Dorr LLP
                                        60 State Street
                                        Boston, MA  02109
                                        (617) 526-6000

April 6, 2004

BOSTON 1884180v1

-2-

## CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Thomas M. Sobol<br>Hagens Berman LLP<br>225 Franklin Street, 26th Floor<br>Boston, MA  02110 | Robert M. Roseman<br>Andrew D. Abramovitz<br>Spector, Roseman & Kodroff, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103 |
| Carol V. Gilden<br>Louis A. Kessler<br>Much Shelist Freed Denenberg Ament<br>& Rubenstein, P.C.<br>191 North Wacker Drive, Suite 1800<br>Chicago, IL 60606 | John D. Donovan, Jr.<br>Jane Willis<br>Carisa Kleymeyer<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624 |

/s/ Jonathan A. Shapiro_____
Jonathan A. Shapiro

Dated:  April 6, 2004