UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD A. BERGER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, et al.,<br><br>Defendants. | CIVIL ACTION<br>No. 04-cv-10253-NG |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Bingham McCutchen LLP as counsel for Massachusetts Financial Services Company, MFS Investment Management, and Sun Life Financial, Inc. in the above-captioned matter. Please be advised that the successor counsel identified below has entered an appearance on behalf of these defendants:

>Jonathan A. Shapiro
>Hale and Dorr LLP
>60 State Street
>Boston, MA 02109
>(617) 526-6000

>Respectfully submitted,

>/s/ Christina N. Davilas
>Bingham McCutchen LLP
>Donald K. Stern
>Christina N. Davilas
>150 Federal Street
>Boston, MA 02110
>(617) 951-8000

LITDOCS:545775.1

-2-

Dated: April 9, 2004