UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD A. BERGER, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br>    v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, ET AL.,<br><br>                     Defendants | No. 04-10253-NG |

**STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT**

Plaintiff and defendants, by their undersigned counsel, hereby stipulate and agree that the time within which defendants may answer, move, or otherwise respond to the complaint in this action shall be governed by any scheduling order(s) imposed by the U.S. District Court for the District of Maryland in MDL 04-1586.

On March 17, 2004, pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendants filed a notice identifying this case as a tag-along action to those already consolidated by the Judicial Panel in In re Mutual Funds Investment Litigation, MDL No. 04-1586. The parties believe that an order conditionally transferring this action to the District of Maryland for consolidation with the cases already transferred (which similarly contain allegations regarding market-timing) is forthcoming. The parties, therefore, agree that the time by which defendants may answer, move, or otherwise respond to the complaint in this action will be governed by the scheduling order of the U.S. District Court for the District of Maryland, the transferee court.

Plaintiff and defendants respectfully request that the Court approve their stipulation.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| HAROLD A. BERGER, Individually and on behalf of all others similarly situated, | MASSACHUSETTS FINANCIAL SERVICES COMPANY, MFS INVESTMENT MANAGEMENT, and SUN LIFE FINANCIAL, INC., |
| By his attorneys, | By their attorneys, |
| /s/ Thomas M. Sobol / JAS by permission | /s/ Jonathan A. Shapiro |
| Thomas M. Sobol (BBO #471771)<br>HAGENS BERMAN<br>225 Franklin Street, 26th Floor<br>Boston, MA  02110<br>(617) 482-3700 | Jeffrey B. Rudman (BBO #433380)<br>William H. Paine (BBO #550506)<br>Jonathan A. Shapiro (BBO #567838)<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>(617) 526-6000 |
| Robert M. Roseman<br>Andrew D. Abramowitz<br>SPECTOR, ROSEMAN & KODROFF, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103<br>(215) 496-0300 | MFS SERIES TRUST I, MFS SERIES TRUST II, MFS SERIES TRUST III, MFS SERIES TRUST IV, MFS SERIES TRUST V, MFS SERIES TRUST VI, MFS SERIES TRUST VII, MFS SERIES TRUST VIII, MFS SERIES TRUST IX, MFS SERIES TRUST X, MFS SERIES TRUST XI, MFS CAPITAL OPPORTUNITIES FUND, MFS CORE GROWTH FUND, FMS EMERGING GROWTH FUND, MFS LARGE CAP GROWTH FUND, MFS MANAGED SECTORS FUND, MFS MID CAP GROWTH FUND, MFS NEW DISCOVERY FUND, MFS NEW ENDEAVOR FUND, MFS RESEARCH FUND, MFS STRATEGIC GROWTH FUND, FMS TECHNOLOGY FUND, MFS UTILITIES FUND, MFS VALUE FUND, MASSACHUSETTS INVESTORS TRUST, |
| Carol V. Gilden<br>Louis A. Kessler<br>MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.<br>191 North Wacker Drive, Suite 1800<br>Chicago, IL  60606<br>(312) 521-2403 | |

MFS AGGRESSIVE GROWTH ALLOCATION FUND, MFS CONSERVATIVE ALLOCATION FUND, MFS MODERATE ALLOCATION FUND, MFS BOND FUND, MFS EMERGING MARKETS DEBT FUND, MFS GOVERNMENT LIMITED MATURITY FUND, MFS GOVERNMENT MORTGAGE FUND, MFS GOVERNMENT SECURITIES FUND, MFS HIGH INCOME FUND, MFS HIGH YIELD OPPORTUNITIES FUND, MFS INTERMEDIATE INVESTMENT GRADE BOND FUND, MFS LIMITED MATURITY FUND, MFS RESEARCH BOND FUND, MFS STRATEGIC INCOME FUND, MFS ALABAMA MUNICIPAL BOND FUND, MFS ARKANSAS MUNICIPAL BOND FUND, MFS CALIFORNIA MUNICIPAL BOND FUND, MFS FLORIDA MUNICIPAL BOND FUND, MFS GEORGIA MUNICIPAL BOND FUND, MFS MARYLAND MUNICIPAL BOND FUND, MFS MASSACHUSETTS MUNICIPAL BOND FUND, MFS MISSISSIPPI MUNICIPAL BOND FUND, MFS MUNICIPAL BOND FUND, MFS MUNICIPAL LIMITED MATURITY FUND, MFS NEW YORK MUNICIPAL BOND FUND, MFS NORTH CAROLINA MUNICIPAL BOND FUND, MFS PENNSYLVANIA MUNICIPAL BOND FUND, MFS SOUTH CAROLINA MUNICIPAL BOND FUND, MFS TENNESSEE MUNICIPAL BOND FUND, MFS VIRGINIA MUNICIPAL BOND FUND, MFS WEST VIRGINIA MUNICIPAL BOND FUND, MFS EMERGING MARKETS EQUITY FUND, MFS GLOBAL EQUITY FUND, MFS GLOBAL GROWTH FUND, MFS GLOBAL TOTAL RETURN FUND, MFS INTERNATIONAL GROWTH FUND,

-4-

        MFS INTERNATIONAL NEW DISCOVERY FUND, MFS INTERNATIONAL VALUE FUND, MFS RESEARCH INTERNATIONAL FUND,

        By their attorneys,

        /s/ Jane Willis / JAS by permission  
        John D. Donovan, Jr. (BBO #130950)  
        Jane Willis (BBO #568024)  
        ROPES & GRAY  
        One International Place  
        Boston, MA  02110-2624  
        (617) 951-7000

May 7, 2004

SO ORDERED:

Dated:_____      _____  
                                                         Nancy Gertner  
                                                         United States District Judge

CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Thomas M. Sobol<br>HAGENS BERMAN<br>225 Franklin Street, 26th Floor<br>Boston, MA  02110<br>(617) 482-3700 | John D. Donovan, Jr.<br>Jane Willis<br>ROPES & GRAY<br>One International Place<br>Boston, MA 02110-2624<br>(617) 951-7000 |

Robert M. Roseman
Andrew D. Abramowitz
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
(215) 496-0300


Carol V. Gilden
Louis A. Kessler
MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL  60606
(312) 521-2403

/s/ Jonathan A. Shapiro_____
Jonathan A. Shapiro

Dated:  May 7, 2004