UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD A. BERGER, Individually and On Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, et al.,<br><br>                           Defendants. | CIVIL ACTION<br>No. 04-cv-10253-NG |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Thomas M. Sobol of Hagens Berman LLP hereby withdraws as counsel for Harold A. Berger in the above-captioned matter.

                                                                        Respectfully submitted,

                                                                 /s/ Thomas M. Sobol
                                                            Thomas M. Sobol (BBO# 471770)
                                                            HAGENS BERMAN LLP
                                                           One Main Street, 4th Floor
                                                           Cambridge, MA  02142
                                                           Phone: (617) 482-3700
                                                          Fax: (617) 482-3003

Dated: July 7, 2004